HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHEF'N CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>PROGRESSIVE INTERNATIONAL CORPORATION,<br><br>  Defendant. | CASE NO. 2:14-cv-00068-RAJ<br><br>[PROPOSED] ORDER GRANTING CHEF'N CORPORATION'S MOTION FOR LEAVE TO FILE CORRECTED OPPOSITION TO PROGRESSIVE INTERNATIONAL CORPORATION'S MOTION TO AMEND ANSWER AND COUNTERCLAIMS |

Pending before the Court is Chef'n Corporation's ("Chef'n") motion for leave to file corrected opposition to Progressive International Corporation's ("Progressive") motion to amend answer and counterclaims. Dkt. # 30. Having considered the motion and for good cause appearing, it is hereby ordered that Chef'n's motion for leave to file is GRANTED. The corrected opposition (Dkt. # 30-2) is deemed filed and will supersede the previous motion.[1]

---

[1] The court will consider the arguments made by Progressive in its response to the corrected opposition (Dkt. # 31) as part of Progressive's reply to its motion to amend answer and counterclaims.

[PROPOSED] ORDER - 1
CASE NO. 2:14-CV-00068-RAJ

1   Dated this 6th day of November, 2014.

2

3

4   The Honorable Richard A. Jones
    United States District Judge

5

[PROPOSED] ORDER - 2
CASE NO. 2:14-CV-00068-RAJ